No. 437. WILSON v. LOUISIANA. November 22, 1943. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed, it appearing that the decision is based upon a nonfederal ground adequate to support it. *Mr. Max M. Schaumburger* for appellant. *Messrs. Eugene Stanley,* Attorney General of Louisiana, *Alex. W. Swords,* and *George J. Gulotta* for appellee.

No. —. EX PARTE C. E. PHILLIPS;
No. —. EX PARTE JOHN KEATING; and
No. —. EX PARTE WILLIAM A. YOUELL. November 22, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

Nos. 49 and 50. FORD MOTOR CO. v. GORDON FORM LATHE CO. Argued November 8, 9, 1943. Decided December 6, 1943. *Per Curiam:* The judgments are affirmed by an equally divided Court. MR. JUSTICE MURPHY took no part in the consideration or decision of these cases. *Mr. I. Joseph Farley,* with whom *Mr. Drury W. Cooper* was on the brief, for petitioner. *Messrs. F. O. Richey* and *George D. Spohn,* with whom *Messrs. John W. Michael* and *B. D. Watts* were on the brief, for respondent.

